CHARLES HALLIGAN ADAIR
Attorney at Law
741 ½ Orange Ave.
Coronado, CA 92118
Telephone: (619) 288-8688
adair.c@sbcglobal.net
State Bar # 52163

Attorney for: Defendant

JAINER SARAZAR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 21-CR-2294-JLS-1 |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | Date: 11/10/2022 |
| JAINER SARAZAR | Time: 9:00 a.m. |
| Defendant | |

# **INTRODUCTION**

Mr. Sarazar submits that a sentence of 33 months custody is sufficient but not greater than necessary to achieve the purposes of sentencing. On January 26, 2022, Mr. Sarazar plead guilty to one count of Title 46 U.S.C. § 70503-Possession of Cocaine with Intent to Distribute on Board a Vessel; Aiding and Abetting. He requests a downward variance under 18 U.S.C. § 3553(a) and a minor role adjustment.

/

## **NATURE AND CIRCUMSTANCES OF THE OFFENSE**

On July 21, 2021, Mr. Sarazar was taken into custody by United States Coast Guard Personnel on the high seas in the Eastern Pacific Ocean approximately 58 nautical miles south southeast of Isla de Malpelo, Colombia. A helicopter assigned to the U.S. Coast Guard Cutter Mohawk observed an overturned vessel with four individuals sitting on top of the vessel. Tied to the vessel was packages that were later discovered to contain 1,268 kilograms (2,792 pounds) of cocaine.

## **ROLE IN THE OFFENSE**

Mr. Sarazar was recruited to pilot the boat. He did not recruit the other three co-defendants. The crew was transported offshore in a small boat to the pre-loaded go-fast boat where they began their voyage. Mr. Sarazar piloted the boat for the majority of the smuggling trip but not the entirety of the trip. When rescued by the Coast Guard, Mr. Sarazar identified himself as being in charge of the boat. The boat did not belong to him and he did not help load the boat. He did not have a proprietary interest in the drugs and the GPS location of where the drugs were to be transported was given to the crew.

Mr. Sarazar had no prior experience piloting the type of boat that was used in the offense and this inexperience resulted in the capsizing of the boat. When fishing, Mr. Sarazar uses a 21-foot boat with a 75 horse power engine. The boat

that was provided to him to commit the instant offense was 32 feet and used a 232 horse power engine. Mr. Sarazar had trouble handling the increased speed and power of the larger engine.

At some point during the trip, the boat turned sideways toward the oncoming waves and the engines flooded. The boat began taking on water and overturned. The boat was disabled for approximately 16 hours before the crew was rescued. If the trip had been successful, the drugs would have been transferred further north to a similar boat and crew offshore as the drugs made their way to Mexico.

## **DISCUSSION OF § 3553(a) FACTORS**

### **Background History and Characteristics**

Mr. Sarazar is a 44-year-old Colombian citizen. He was born and raised in rural Colombia. He grew up very poor and did not always have enough food to eat as a child. The neighbors would take pity on the family and feed them sometimes. His father was not a part of his family's life and the family struggled as a result. The family lived in a hut without running water or electricity. The family would get their water from the local river or collect rainwater and did not have an outhouse. He was 10-years-old when he began to work as a fisherman to support himself and help his family. He did not live in a house with electricity or indoor plumbing until he was 32-years-old.

He has worked in the fishing industry for his entire adult life. He has also worked as a welder to support his family. He was desperate for money and motivated to commit this offense to help his family.

Mr. Sarazar has been married to his wife for 24 years and they have three children together. He raised her children from a previous relationship as his own. He also has two grandchildren. His family has struggled since his arrest and his wife and children are currently living in Panama. Upon his release, he will return to fishing so he can support his family.

## **Conclusion**

Mr. Sarazar submits that a sentence of 33 months is sufficient but not greater than necessary to achieve the purposes of sentencing.

Dated: 11/7/2022
                                           s/*Charles Adair*
                                           CHARLES H. ADAIR,
                                           Attorney for Defendant
                                           Jainer Sarazar